IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAY M. LAYFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 15-358-SLR-SRF |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

At Wilmington this 20th day of September, 2016, having considered the Report

and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on

September 1, 2016, and upon the expiration of the time allowed for objections pursuant

to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 16) is adopted.

2. Plaintiff's motion for summary judgment (D.I. 8) is granted.

3. Defendant's cross-motion for summary judgment (D.I. 11) is denied.

4. The Clerk of Court is directed to enter judgment in favor of Plaintiff Jay M.

Layfield and against Defendant Carolyn W. Colvin and to remand this case to the

Commissioner for further proceedings consistent with the Report and

Recommendation.

United States District Judge